IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA TICHENOR | : |
| VS. | : NO. 2:07-cv-639 |
| MERCHANTS INSURANCE GROUP | : |

## STIPULATION TO REMAND

It is hereby agreed and stipulated by and among the parties that the above-referenced action be remanded from this court to the Court of Common Pleas of Greene County, Pennsylvania at No. AD 400 2007

LINDA TICHENOR

_____
Clark A. Mitchell, Esquire
Attorney for Plaintiff

Date: 5/29/07

MERCHANTS INSURANCE GROUP

_____
William K. Conkin, Esquire
Attorney for Defendant

Date: 6-4-07

SO ORDERED, this 4th day of June, 2007.

_____
Gary L. Lancaster, U.S. District Judge